173 A.3d 153

**POOLE, Leroy**

v.

**STATE of Maryland**

**Case No. 32, Sept. Term, 2017**

Court of Appeals of Maryland.

October 10, 2017

Case dismissed prior to oral argument.

173 A.3d 153

**ESTATE OF ZIMMERMAN**

v.

**Erich E. BLATTER**

**Pet. Docket No. 290, Sept.Term, 2017**

Court of Appeals of Maryland.

November 3, 2017

Opinion of the Court of Special Appeals unreported (No. 2146, Sept.Term, 2015). Transferred to the regular docket as No. 62, Sept.Term, 2017.

Petition for writ of certiorari granted